**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

> The request to adjourn the deadline for the Parties' sentencing submissions is GRANTED. The Parties are to provide their sentencing submissions by **October 25, 2024**. The sentencing hearing is to remain on **October 30, 2024**. SO ORDERED.
>
> _Jennifer E. Willis_
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
>
> October 15, 2024

**By ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Saliou Diop</u>, 24 Cr. 468 (JW)

Dear Judge Willis:

    I write without objection from the government to request an adjournment of the deadline for the parties' sentencing submissions from October 16, 2024 to October 25, 2024 so that we may make reference to Probation's final presentence report. It is my understanding that the final PSR disclosure is not due until October 24, 2024.

    In the event that the proposed October 25, 2024 deadline is too close to Mr. Diop's October 30, 2024 sentencing hearing, I propose as an alternative that the hearing be postponed to the week of November 4, 2024 or the week of November 11, 2024. The government consents to this request as well. Defense counsel is available on the following dates[1]:

- November 4, 2024 except 11:00 a.m. to 12:00 p.m.
- November 6, 2024 before 3:00 p.m.
- November 8, 2024 any time
- November 13, 2024 any time
- November 14, 2024 any time
- November 15, 2024 before 12:00 p.m.

    Thank you for your consideration of this matter.

---

[1] If the Court adjourns sentencing to November 4 or 6, 2024, I respectfully request that the parties' submissions be due no earlier than October 25, 2024.

                                                   Respectfully,

                                                   Ariel C. Werner  
                                                   Assistant Federal Defender  
                                                   917-751-2050

cc: AUSA Meredith Foster