**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                         **ORDER**

                -against-

                                    **24-CR-468 (JW)**

SALIOU DIOP,

                            Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Mr. Diop's request for early termination of his six-month probation term. Dkt. No. 39. If the Government and/or Probation wishes to inform the Court of their position on this request and rationale, they should do so by **5:00pm on December 13, 2024.**

      SO ORDERED.

DATED:    New York, New York
                December 11, 2024

                                                        _Jennifer E. Willis_
                                                        JENNIFER E. WILLIS
                                                       United States Magistrate Judge