**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,                    **ORDER**

        -against-                      **24-CR-468 (JW)**

SALIOU DIOP,

                    Defendant.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Mr. Diop's letter requesting early termination of his six-month probation term. Dkt. No. 39. On December 11, 2024, this Court issued an Order providing both the Government and Probation the option to inform the Court of their position on Mr. Diop's request for early termination of probation. Dkt. No. 40. The deadline to do so has passed and the Court is not in receipt of any filing from the Government or Probation.

At Mr. Diop's sentencing the Court explained that "frankly, but for the concern about restitution, I do think that this would be the rare, rare case where perhaps no term of supervision would be needed." Dkt. No. 37 at 18. Mr. Diop was then sentenced to six months of probation with the special condition that, jointly and severally liable with three others, he pay $3,000 restitution to the Senegalese Consulate. Id. at 20. The Court explained that it would "entertain a motion to terminate [Mr. Diop's] probation early once [Mr. Diop] paid an amount equal to $750." Id.

Mr. Diop's letter informed the Court that, rather than paying his $750 share, Mr. Diop paid the entirety of the $3,000 restitution. Dkt. No. 39. The Court views Mr. Diop's actions as further indication that he has indeed taken this case seriously and is remorseful for his conduct. Therefore, the request for early termination of Mr. Diop's six-month sentence of probation is **GRANTED**.

SO ORDERED.

DATED:  New York, New York
December 17, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge