# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 15, 2025

**By ECF and Email**

Honorable Jennifer Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:       *United States v. Saliou Diop*, 24 Cr. 468 (JW)

Dear Judge Willis,

I represent Saliou Diop in the above-captioned case.  On October 30, 2024, Mr. Diop came before this Court for sentencing on a misdemeanor and was sentenced to six months' probation, with permission to seek early termination after paying $750 in restitution (one-fourth of the total joint and several restitution in the case).  On December 17, 2024, following Mr. Diop's payment of the entire $3,000 joint and several restitution, and without opposition from the Government or Probation, the Court granted Mr. Diop's request for early termination.

I write now to request that the Court order the Pretrial Services department to release Mr. Diop's passport and mail it to him, which they can do upon receipt of a court order.  Thank you for your consideration of this request.

Respectfully submitted,

/s/
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc:      Meredith Foster, Assistant U.S. Attorney

Honorable Andrew L. Carter, Jr.                                                                                          Page 2
Michael Buffoleno's Sentencing Submission                                                                 May 23, 2024

The request is GRANTED. Pretrial services is to release Mr. Diop's passport and
mail it to him. SO ORDERED.

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
August 15, 2025